Donald W. Powell – State Bar No. 3238
**CARMICHAEL & POWELL, P.C.**
6225 North 24th Street, Ste. 125
Phoenix, Arizona 85016
Phone: (602) 861-0777

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>JHS VENTURES LLC,<br><br>Debtor.<br>_____<br>TEMPE RESTAURANT PARTNERS LLC,<br><br>Movant,<br><br>v.<br><br>JHS VENTURES LLC,<br><br>Respondent. | No. 2:19-06528-MCW<br><br>CHAPTER 11<br><br><br><br>STATEMENT OF FACTS IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT RE RENT CALCULATION AND BREACHES |

COMES NOW the Debtor, by and through its attorneys undersigned, and herein submits the Statement of Facts in Support of Opposition to Motion for Partial Summary Judgment Re Rent Calculation and Breaches.

**STATEMENT OF FACTS**

1. JARRED STETSER ("STETSER") is the owner and managing member of the Debtor, an Arizona limited liability company. [Stetser Affidavit (pg 1)].

2. The Debtor occupies the location at 955 E. University Drive, Tempe, Arizona ("Premises"), pursuant to a Lease Agreement dated October 1, 2009 ("Lease"), between TEMPE RESTAURANT PARTNERS LLC ("Landlord") and the Debtor. [Stetser Affidavit (pg 1)].

3. The Debtor operates a restaurant at the Premises under the name DEVIL'S ADVOCATE BAR & GRILL. [Stetser Affidavit (pg 1)].

4. The restaurant is located approximately three-fourths of a mile and a ten minute slow walk to the football stadium and basketball arena of ARIZONA STATE UNIVERSITY ("ASU"). [Stetser Affidavit (pg 1)].

5. Since inception of the Lease, the Debtor has paid lease payments to Landlord exceeding $2,753,000.00. [Stetser Affidavit (pg 1)].

6. Since inception of the Lease, the Debtor has paid sales taxes to the State of Arizona and City of Tempe of $1,932,000.00. [Stetser Affidavit (pg 1)].

7. The Debtor has 52 employees. [Stetser Affidavit (pg 1)].

8. The Debtor has made improvements and performed maintenance to the Premises in an amount of $316,000.00 during the term of the Lease. [Stetser Affidavit (pg 1)].

9. The restaurant is open seven days a week and on a busy night can have up to 800 customers. [Stetser Affidavit (pg 1)].

10. The Premises has 35 televisions for sports viewing. [Stetser Affidavit (pg 1)].

11. The entire concept of Debtor's business relates to ASU. [Stetser Affidavit (pg 1)].

12. Due to the proximity of the Debtor to ASU and the relationship it possesses with ASU, the Debtor would be unable to remain in business if it was required to move due to the resulting loss of business. [Stetser Affidavit (pg 1)].

13. The Debtor has comedy sessions, open music mic opportunities, trivial events, and acoustical music each week. [Stetser Affidavit (pg 1)].

14. During 2020, the Debtor, as a result of COVID restrictions, was required to be closed 114 days and additionally was only allowed to be open at 50% capacity for 191 days. [Stetser Affidavit (pg 1)].

15. During such time period, the Debtor made regular monthly lease payments to Landlord, and was timely with such payments except for April and May, 2020, when the same were made by the end of May, 2020. [Stetser Affidavit (pg 1)].

16. The rent calculations of the Debtor for October 1, 2015, through September 30, 2018, were agreed to by Bryan Albue, the attorney for the Landlord. [Exhibit A to Response to Motion for Partial Summary Judgment Re Rent Calculation and Breaches and Cross-Motion for Summary Judgment ("Response")].

17. The calculations of the Debtor for the time period of October 1, 2018, through September 30, 2019, were agreed to by Landlord. [Exhibit B to Response].

18. During the 10 years of the Lease, the calculations of Landlord result in an increase of rent of 68%. [Stetser Affidavit (pg 1)]

19. The calculations of the Debtor result in an increase during the 10 years of 22%. [Stetser Affidavit (pg 1)].

20. The Consumer Price Index calculation during the 10 year time period averaged 2.6 points annually. [Exhibit 2 to Statement of Facts in Support of Landlords Motion for Partial Summary Judgment Re Rent Calculation and Breaches].

21. When the amount of $57,939.00 was paid by the Debtor in order to assume the Lease in 2019, the calculation was as set forth in the Response and was not objected to by Landlord. [Stetser Affidavit (pg 2)].

22. The Debtor operates pursuant to a point of sale system wherein each purchase is completed through the system. [Stetser Affidavit (pg 1)]

23. The Landlord has never requested an audit or entry to the leased premises. [Stetser Affidavit (pg 1)].

24. The Debtor submits Monthly Statements to Landlord setting forth the sales information for the applicable month. [Stetser Affidavit (pg 1)].

25. The Debtor does not have exclusions and deductions relating to the calculation of 2% of sales sums. [Stetser Affidavit (pg 1)].

26. Debtor has tendered annually to Landlord an IRS Form 1099 during the term of the Lease. [Stetser Affidavit (pg 1)]

DATED this 1st day of June, 2021.

                                  CARMICHAEL & POWELL, P.C.

                                  By /s/ Donald W. Powell
                                      Donald W. Powell
                                      6225 North 24th Street, Suite 125
                                      Phoenix, Arizona 85016
                                      Attorneys for Debtor

COPY of the foregoing sent electronically this
1st day of June, 2021, to:

Brian M. Mueller
Sherman & Howard, L.L.C.
7033 E. Greenway Parkway, Suite 250
Scottsdale, Arizona 85254
Attorneys for TEMPE RESTAURANT PARTNERS LC
bmueller@shermanhoward.com

Edward K. Bernatavicius
United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003
Edward.K.Bernatavicius@usdoj.gov


_____/s/ Donald W. Powell_____